DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BGC PARTNERS, LLC,**
Appellant,

v.

**LALUMFLAND, LLC,** et al.,
Appellee.

No. 4D20-2713

[June 23, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas Richard Lopane, Judge; L.T. Case No. CACE 19-007000.

Mark S. Roher of Law Office of Mark S. Roher, P.A., Pembroke Pines, for appellant.

Christopher G. Berga of BergaLaw, PA, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***